# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hammond, Mary E. | 2. Court or Organization<br><br>US BANKRUPTCY COURT - NORTHERN DISTRICT OF CALIFORNIA | 3. Date of Report<br><br>04/27/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>BANKRUPTCY JUDGE (FULL-TIME) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>280 S. FIRST ST<br>COURTROOM 3035<br>SAN JOSE, CA 95113 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 04/27/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | CALIFORNIA BANKRUPTCY FORUM | 05/18/2018 - 05/20/2018 | LAKE TAHOE, CA | EDUCATIONAL SEMINAR OR PROGRAM | TRANSPORTATION, LODGING, AND MEALS |
| 2. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | 10/27/2018 - 10/31/2018 | SAN ANTONIO, TX | ACTIVITY OF PROFESSIONAL ASSOCIATION OR CIVIC OFGANIZATION | TRANSPORTATION, LODGING, AND MEALS |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 04/27/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 04/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO CHECKING ACCOUNT | A | Interest | K | T | | | | | |
| 2. WELLS FARGO SAVINGS ACCOUNT | A | Interest | J | T | | | | | |
| 3. ALLY BANK SAVINGS ACCOUNT | A | Interest | M | T | | | | | |
| 4. FIDELITY TRUST ACCOUNT (H) | | | | | | | | | |
| 5. FIDELITY MUNICIPAL MONEY MARKET | A | Dividend | J | T | | | | | |
| 6. AAPL (COMMON) | D | Dividend | N | T | Sold (part) | 03/08/18 | K | E | |
| 7. AAPL (COMMON) | | | | | Sold (part) | 05/09/18 | K | D | |
| 8. AAPL (COMMON) | | | | | Sold (part) | 09/25/18 | K | D | |
| 9. FIDELITY MSCI HEALTH CARE INDEX ETF (FHLC) | | None | | | Sold | 01/24/18 | K | D | |
| 10. JANUS HENDERSON GL LIFE SCIENCES T (JAGLX) | | None | | | Sold | 02/05/18 | K | C | |
| 11. IRA #1 (H) | | | | | | | | | |
| 12. FIDELITY GOVERNMENT CASH RESERVES | | None | J | T | | | | | |
| 13. COLUMBIA ACORN CLASS I | B | Dividend | J | T | | | | | |
| 14. FIDELITY VALUE | B | Dividend | J | T | | | | | |
| 15. MERIDIAN CONTRARIAN FUND LEGACY (MVALX) | B | Dividend | J | T | | | | | |
| 16. IRA #2 (H) | | | | | | | | | |
| 17. FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DISNEY WALT CO | A | Dividend | J | T | | | | | |
| 19. FIDELITY REAL ESTATE INVESTMENT | B | Dividend | K | T | | | | | |
| 20. RBC MICROCAP VALUE FUND INSTL CLASS (RMVIX) | B | Dividend | K | T | | | | | |
| 21. IRA #3 (H) | | | | | | | | | |
| 22. FIDELITY CANADA | B | Dividend | K | T | | | | | |
| 23. FIDELITY 500 INDEX FUND | B | Dividend | M | T | | | | | |
| 24. FIDELITY MID CAP STOCK | D | Dividend | K | T | | | | | |
| 25. FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | | | | | |
| 26. FIDELITY STOCK SELECTOR LARGE CAP VALUE | B | Dividend | K | T | | | | | |
| 27. FIDELITY MID CAP VALUE | D | Dividend | L | T | | | | | |
| 28. FIDELITY LOW PRICED STOCK | D | Dividend | L | T | | | | | |
| 29. FIDELITY SELECT TELECOM | A | Dividend | K | T | | | | | |
| 30. FMI INTERNATIONAL | C | Dividend | L | T | | | | | |
| 31. JANUS HENDERSON SMALL CAP VALUE T | C | Dividend | L | T | | | | | |
| 32. JANUS HENDERSON GL LIFE SCIENCES (JAGLX) | B | Dividend | K | T | Buy | 02/05/18 | K | | |
| 33. MATTHEWS INDIA FUND | C | Dividend | K | T | | | | | |
| 34. FIDELITY TOTAL BOND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 04/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FIDELITY STRATEGIC INCOME | B | Dividend | L | T | | | | | |
| 36. FIDELITY REAL ESTATE INVESTMENT | B | Dividend | K | T | | | | | |
| 37. DREYFUS SMALL CAP STOCK INDEX | D | Dividend | L | T | | | | | |
| 38. DISNEY WALT CO | A | Dividend | J | T | | | | | |
| 39. FIDELITY MSCI HEALTH CARE INDEX ETF (FHLC) | A | Dividend | K | T | Buy | 01/22/18 | K | | |
| 40. IRA #4 (H) | | | | | | | | | |
| 41. FIDELITY GOVERNMENT CASH RESERVES | | None | J | T | | | | | |
| 42. DODGE & COX STOCK | B | Dividend | K | T | | | | | |
| 43. DREYFUS SMALL CAP STOCK INDEX | B | Dividend | K | T | | | | | |
| 44. FIDELITY DIVERSIFIED INTERNATIONAL | A | Dividend | J | T | | | | | |
| 45. FIDELITY MID CAP STOCK | B | Dividend | J | T | | | | | |
| 46. FIDELITY VALUE | D | Dividend | K | T | | | | | |
| 47. MERIDIAN CONTRARIAN FUND LEGACY | C | Dividend | J | T | | | | | |
| 48. FIDELITY CONTRAFUND | D | Dividend | M | T | | | | | |
| 49. FIDELITY STRATEGIC DIVIDEND & INCOME | D | Dividend | L | T | | | | | |
| 50. FIDELITY STRATEGIC INCOME | B | Dividend | K | T | | | | | |
| 51. IRA #5 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 04/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | | | | | |
| 53. FIDELITY DIVERSIFIED INTERNATIONAL | A | Dividend | J | T | | | | | |
| 54. IRA #6 (H) | | | | | | | | | |
| 55. FIDELITY 500 INDEX FUND | A | Dividend | K | T | | | | | |
| 56. FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | J | T | | | | | |
| 57. LINCOLN BENEFIT LIFE FLEXIBLE PREMIUM ADJUSTABLE INDEXED UNIVERSAL #1 | D | Interest | M | T | | | | | |
| 58. LINCOLN BENEFIT LIFE FLEXIBLE PREMIUM ADJUSTABLE INDEXED UNIVERSAL #2 | C | Interest | L | T | | | | | |
| 59. UTAH EDUCATIONAL SAVINGS PLAN AGE BASED AGGRESSIVE GLOBAL #1 | C | Dividend | M | T | | | | | |
| 60. UTAH EDUCATIONAL SAVINGS PLAN AGE BASED AGGRESSIVE GLOBAL #2 | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 04/27/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 23 and 55 of part VII: Note that name of fund changed to FIDELITY 500 INDEX FUND during 2018; previously it was called FIDELITY 500 INDEX PREMIUM CLASS

Line 24 of part VII: Note that holding FIDELITY MID CAP STOCK (in IRA #3) was mistakenly listed twice on 2017 disclosure, on lines 25 and 37 of that 2017 report. It was also mistakenly listed twice on 2016 disclosure, on lines 31 and 42 of that report. This holding is listed correctly in this 2018 report on line 24.

| Name of Person Reporting | Date of Report |
|---|---|
| Hammond, Mary E. | 04/27/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mary E. Hammond**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544